IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 11-cv-2344-AP

IRENE GONZALES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant,

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff:**
BRANDON M. SELINSKY
4000 Metropolitan Drive
Suite 350
Orange, CA 92868
(714) 564-8644
bselinsky@gmail.com

**For Defendant:**
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney

/s/ Jessica Milano
JESSICA MILANO
Special Assistant United States Attorney
Assistant Regional Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Phone: (303) 844-7136
Fax: (303) 844-0770
jessica.milano@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   **A. Date Complaint Was Filed:** 09/06/2011

   **B. Date Complaint Was Served on U.S. Attorney's Office:** 09/15/2011

   **C. Date Answer and Administrative Record Were Filed:** 11/14/2011

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

   **A. Plaintiff's Opening Brief Due:** 01/11/12

   **B. Defendant's Responsive Brief Due:** 02/10/2012

   **C. Plaintiff's Reply Brief (If Any) Due:** 02/25/2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   **A. Plaintiff's Statement:** Oral argument is not requested

   **B. Defendant's Statement:** Defendant does not request oral argument

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   **B. (x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*


DATED this 13th day of December, 2011.

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    **U.S. DISTRICT COURT JUDGE**

APPROVED:

                                    JOHN F. WALSH
                                    UNITED STATES ATTORNEY

                                    WILLIAM G. PHARO
                                    Assistant United States Attorney

/s/ Brandon M. Selinsky              /s/ Jessica Milano
BRANDON M. SELINSKY                  JESSICA MILANO
4000 Metropolitan Drive              Special Assistant U.S. Attorney
Suite 350                            Assistant Regional Counsel
Orange, CA 92868                     Office of the General Counsel
Telephone: (714)564-8644             Social Security Administration
Facsimile: (714)940-0311             1001 Seventeenth Street
bselinsky@gmail.com                  Denver, CO 80202
                                     Telephone: (303) 844-7136
                                     Facsimile: (303) 844-0770
                                     Jessica.milano@ssa.gov