# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02344-REB

IRENE GONZALES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#17] entered by Judge Robert E. Blackburn on September 24, 2012, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.

    DATED at Denver, Colorado, this 25th day of September, 2012.

                              FOR THE COURT:

                              Jeffrey P. Colwell, Clerk

                              By: s/Edward P. Butler
                                    Edward P. Butler
                                    Deputy Clerk